UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RVRG HOLDINGS LLC,<br><br>*Plaintiff*<br><br>v.<br><br>STARIT GROUP LIMITED,<br><br>*Defendant* | 24-cv-7530 (ALC)<br><br>**UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 4th day of November, 2024, at 1:30 p.m.
New York, New York

HON. ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE

1