USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RVRG HOLDINGS LLC,

*Plaintiff*

v.

STARIT GROUP LIMITED,

*Defendant*

24-CV-07530 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the Court's telephonic conference held on November 4, 2024 and the unsealing of this case, the Court orders the following:

- **November 8, 2024:** Defendants are to file a response to the Order to Show Cause as to why a preliminary injunction should not issue in this case.
- **November 13, 2024:** Plaintiffs are to file their reply.
- **November 15, 2024:** The Parties are to appear at a telephonic conference at 3:30 p.m.

**SO ORDERED.**

**Dated: November 7, 2024**
           New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**