USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/18/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**RVRG HOLDINGS LLC,**

*Plaintiff*

**v.**

**STARIT GROUP LIMITED,**

*Defendant*

**24-CV-07530 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the Court's telephonic conference held on November 15, 2024, the Court orders the Parties to submit a Joint Status Report on or before **December 4, 2024**, on the progress of the expedited discovery in this case.

**SO ORDERED.**

**Dated:  November 18, 2024**
         **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**