UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| RVRG HOLDINGS LLC<br>　　　　　Plaintiff, | Case No.: 24-CV-7530 |
| -against- | NOTICE OF FILING RESPONSE TO ORDER FOR EXPIDITED DISCOVERY |
| STARIT GROUP LIMITED<br>　　　　　Defendant | |

PLEASE TAKE NOTICE THAT, Defendant, Starit Group Limited, by and through the undersigned counsel and files the following responses to this Court's order for expedited discovery. Responses have been provided to Plaintiff's counsel via email.

Respectfully Submitted

Mark A McMillan, Esq.
Florida Bar No. 98020
Email: markm@celeblaws. com
Sunny Wu, Esq.
sunny@celeblaws.com
Jenny Liu, Esq.
jenny@celeblaws.com
CELEBLAWS P A
5050 W. Colonial Dr.
Orlando, Florida 32808
407-930-8082 office
407-569-4123 fax

　　　　　<u>Certificate of Service</u>

　　　I Hereby Certify that a true and correct copy of the forgoing was filed via efiling Potral and has been furnished via efiling Portal email to all attorneys of record.