**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RVRG HOLDINGS LLC, *Plaintiff* v. STARIT GROUP LIMITED, *Defendant* | 24-CV-07530 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant's December 2, 2024 letter regarding its interlocutory appeal of the Court's preliminary injunction order. ECF No. 34. The Court **ORDERS** Plaintiff to respond to Defendant's letter on or before December 6, 2024.

**SO ORDERED.**

**Dated: December 4, 2024**
      New York, New York

　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**