USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/10/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RVRG HOLDINGS LLC, *Plaintiff* v. STARIT GROUP LIMITED, *Defendant* | 24-CV-07530 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

     The Court DENIES as moot Defendant's application for extension and certification to appeal its preliminary injunction order. ECF No. 34. The Court concludes that because preliminary injunction orders are immediately appealable pursuant to 28 U.S.C. § 1292(a)(1), Defendant does not require certification or leave of Court to appeal the Court's preliminary injunction order. Defendant may file its notice of appeal pursuant to Fed. R. App. P. 4(a).

**SO ORDERED.**

Dated:  December 10, 2024
       New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**