UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RVRG HOLDINGS LLC,<br><br>*Plaintiff*<br><br>v.<br><br>STARIT GROUP LIMITED,<br><br>*Defendant* | 24-CV-07530 (ALC)<br><br><u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court notes the Second Circuit's dismissal of Defendant's interlocutory appeal of the Court's preliminary injunction. *See* Order, *RVRG Holdings LLC v. Starit Group Limited,* No. 24-3340 (2d Cir. Feb. 3, 2025), ECF No. 14.

      The Court ORDERS the Parties to submit a joint status report as to the status of this case on February 28, 2024.

**SO ORDERED.**

Dated:  February 20, 2025
       New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**