UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RVRG HOLDINGS LLC,<br><br>    Plaintiff,<br><br>-against-<br><br>STARIT GROUP LIMITED,<br><br>    Defendant. | 24-cv-7530 (ALC)<br><br>**<u>AMENDED ORDER</u>** |

  The Court corrects its prior order at ECF No. 59 and sets forth the following the following deadlines:

- April 11, 2025:  Plaintiff's Amended Complaint due;
- April 23, 2025:  Defendant's Rule 60 motion and motion to consolidate due;
- May 14, 2025:  Plaintiff's oppositions to motions due;
- May 21, 2025:  Defendant's replies, if any, due.

**SO ORDERED.**

**Dated:  April 5, 2025**
**New York, NY**

                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**