# Exhibit 2

Superbuy Homepage



Pandabuy Homepage

