# Exhibit 6



Short Sleeve Poc... | Crew Neck T-Shirt | Sculpt Logo T-Shirt | Heavyweight T-Shirt | Oversized Tee

$19.99 | $48.00 | $8.77 $26 | $29.90 | $29.00 $55

DICK'S Sp... & more | Mack Wel... & more | Amazon.com & more | Zara USA | Comfrt
Get it tomorrow ($10) | Free delivery on $100+ | 4.5 ★★★★★ (996) | Free delivery on $70+
4.6 ★★★★★ (19K) | 4.3 ★★★★★ (1.6K) | | | 4.4 ★★★★★ (288)

    

Fruit Of The Loom HD Cotton T-Shirt... | Gildan Ultra Cotton T-Shirt | Next Level 3600 Unisex Cotton T-... | Gap Heavyweight Original T-Shirt | Nike Men's Club T-Shirt

$2.51 | $1.71 | $4.17 Usually $6 | $31.00 $40 | $35.00

Jiffy.com & more | Custom Ink | LeadOutfit... & more | Gap | Nike & more
Free delivery on $69+ | Free delivery | | | Free delivery on $75+
4.5 ★★★★★ (1.9K) | 4.6 ★★★★★ (1.2K) | 4.6 ★★★★★ (3.6K) | | 5.0 ★★★★★ (6)

    

American Apparel Heavyweight Cott... | Gildan Adult T-Shirt Ultra Cotton | H&M Ladies Cotton T-Shirt | Hanes Men's 3-Pack Crew Neck T-Shirts | Amazon Essentials Men's Crew Neck ...

$4.39 | $9.99 $6 | $9.99 | $19.98 $43 | $24.40

AllDayShir... & more | JOANN | H&M & more | Walmart & more | Amazon.com
Free delivery on $69+ | Free delivery on $75+ | Free delivery on $60+ | | 
4.5 ★★★★★ (499) | 4.7 ★★★★★ (45K) | 4.6 ★★★★★ (20K) | 4.5 ★★★★★ (4K) | 

 

      

Shaka Wear Adult Max Heavyweight ... | Gildan Softstyle Jersey T-Shirt | Abercrombie & Fitch Men's 5-Pack... | Buck Mason Men's Pima Cotton Tee | Under Armour Men's Tech 2.0 Short-...

$5.51 Usually $8 | $1.65 | $69.99 $90 | $45.00 | $13.75 $25

Apparel4P... & more | Custom Ink | Abercrombie & Fitch | Buck Mason | Amazon.com & more
| Free delivery | Free delivery on $99+ | Free delivery on $100+ | 
4.8 ★★★★★ (238) | 4.6 ★★★★★ (256) | 4.9 ★★★★★ (150) | 3.8 ★★★★★ (5) | 4.6 ★★★★★ (7.8K)

     

Landmark Project NPS Map Tee | Jerzees Adult Dri-Power 50/50 T-Sh... | Cotton On Box Fit Graphic T-Shirt | True Classic Tees Men's Crew | Champion Men's Classic Jersey T-...

$36.00 | $1.25 | $34.99 | $29.99 | $15.00 $20

REI | RushOrde... & more | Cotton On & more | True Classic & more | Amazon.com & more
Free delivery on $60+ | Get it by Fri (Free) | Free delivery on $70+ | Free delivery on $100+ | 
4.0 ★★★★★ (1) | 4.5 ★★★★★ (2.3K) | | 4.6 ★★★★★ (48K) | 4.4 ★★★★★ (2.2K)

    

BDG Boxy T-Shirt | Vuori Men's Strato Tech Tee | Bella + Canvas Unisex Jersey T-... | UNIQLO Supima Cotton T-Shirt | Gildan Heavy Cotton T-Shirt Men's

$19.00 | $54.00 | $5.86 Usually $9 | $24.90 | $29.20 $40

Urban Out... & more | Vuori Clot... & more | Undergrou... & more | Uniqlo | Amazon.com & more
Free delivery on $50+ | Free delivery on $75+ | Get it by Mar 21 (Free) | Free delivery on $99+ | 
4.5 ★★★★★ (126) | 4.7 ★★★★★ (6.2K) | 4.7 ★★★★★ (23K) | 4.3 ★★★★★ (120) | 4.7 ★★★★★ (13K)

## Brand picks for you

    



Gildan 5000 Heavy Cotton T-Shirts
$0.50
TheParkWholesal...
4.7 ★★★★★ (729)

Champion Men's Script Logo T-Shirt
$8.77 $25
Amazon.com & more
4.5 ★★★★★ (996)

Hanes T-Shirt Short Sleeve Tee...
$8.00 $11
Amazon.com & more
3.8 ★★★★★ (588)

Fruit Of The Loom HD Cotton T-Shirt...
$2.51
Jiffy.com & more
Free delivery on $59+
4.5 ★★★★★ (1.9K)

Nike Men's Club T-Shirt
$35.00
Nike & more
Free delivery on $75+
5.0 ★★★★★ (5)

## Fast pickup or delivery



Fruit of the Loom Men's 6-Pack...
$21.48
Walmart & more
Get it today ($17)
4.0 ★★★★★ (904)

Carhartt Men's Short-Sleeve Poc...
$19.99
DICK'S Sp... & more
Get it tomorrow ($10)
4.6 ★★★★★ (19K)

Bella + Canvas Unisex Jersey T-...
$2.92 $3
Jiffy.com & more
Get it today ($8)
4.7 ★★★★★ (23K)

Hanes Men's T-Shirt
$2.92 $3
Jiffy.com & more
Get it by Wed ($5)
4.4 ★★★★★ (5.2K)

Hanes Men's Crewneck Tagless...
$19.00
Target & more
Get it by Thu ($6)
4.0 ★★★★★ (1.7K)



Hanes Men's Value Pack Assorted...
$19.95
Walmart & more
Get it today ($17)
3.9 ★★★★★ (2.3K)

Nike Women's Dri-FIT T-Shirt
$30.00
DICK'S Sp... & more
Get it tomorrow ($10)
4.3 ★★★★★ (620)

Bella + Canvas Unisex Triblend T-...
$9.09 $10
Michaels ... & more
Get it today ($8)
4.7 ★★★★★ (4.4K)

American Apparel Unisex Heavyw...
$9.00 $10
AllDayShir... & more
Get it by Wed ($14)
4.5 ★★★★★ (427)

Gap Heavyweight Original T-Shirt
$31.00 $40
Gap
Get it by Fri ($17)

## In stores nearby



Fruit of the Loom Men's 6-Pack...
$21.48
Walmart & more
Get it today ($17)
4.0 ★★★★★ (904)

Hanes Men's Crewneck Tagless...
$19.00
Target & more
Free delivery on $35+
4.0 ★★★★★ (1.7K)

Bella + Canvas Unisex Jersey T-...
$9.99
Michaels ... & more
Get it today ($8)
4.7 ★★★★★ (23K)

Carhartt Men's Short-Sleeve Poc...
$19.99
Lowe's & more
Free delivery on $45+
4.6 ★★★★★ (19K)

Men's Hanes Ultimate...
$23.04 $32
JCPenney & more
4.5 ★★★★★ (198)