# Exhibit 8




HEYABC Henley Collar Tencel Wool Base Layer Soft Two...
US $ 44.51


American style 280g heavy cotton short sleeve t-shirt...
US $ 4.31


[although I did not lose weight] fun text short-...
US $ 7.27


draw American fashion brand leopard print HelloKitty retr...
US $ 8.76


Dangerouspeople Xue Zhiqian dsp fun hand-painted graffi...
US $ 23.59


Drew official website flagship store hand-painted...
US $ 5.64

Ice silk five-quarter sleeve suit men's new trend fashio...
US $ 8.89

### Size Guide

170-175cm  130-150斤  建议XL码
175-180cm  150-170斤  建议XXL码
180-185cm  170-200斤  建议3XL码

由于每个人体型和自身穿着舒适度不同,此尺码表仅供参考

### SIZE CHART (CM)

| SIZE | S | M | L | XL | 2XL | 3XL |
|---|---|---|---|---|---|---|
| 胸围 | 51 | 53 | 55 | 57 | 59 | 61 |
| 袖长 | 21.5 | 22 | 22.5 | 23 | 23.5 | 24 |
| 肩宽 | 51 | 53 | 55 | 57 | 59 | 61 |
| 衣长 | 66 | 68 | 70 | 72 | 74 | 76 |

### Prohibited and limited items

Cigarette, alcohol, Contraband  Do not accept



Liquid, cream or cosmetics items are quantity limited in shopping agent service. Do not accept



Chinese medicine is limited to ship by Chinese exporting goods.



### Limitation for different logistics company

| | Duty-Free Air Express | EMS | UPS | EUB |
|---|---|---|---|---|
| A small amount of liquid | ✓ | ✓ | -- | ✓ |
| Perfume | -- | -- | -- | -- |
| Gas | -- | -- | -- | -- |
| CDs | ✓ | ✓ | -- | ✓ |
| Brands | ✓ | ✓ | ✓ | ✓ |



## Logistics Query

- Parcels receiving Notices
- What does 'Not yet delivered' mean?
- 'How to find the parcel logistic information after it has been sent out from warehouse?
- How to track my parcel after it has been sent out from warehouse?

## Products Abnormal

- About the packaging details
- What do I do if there is a product issue after I received it?
- What do I do if my fragile products have been damaged?
- Can the Shopping Agent orders be cancelled or refunded?

## Parcel lost

- Insurance and compensation
- The inspection rules of the Shopping Agent Service
- Websites says items in stock, but why Superbuy says out of stock?

## Shopping Agent Process

