# Exhibit 9

Superbuy

Product | Product link or keyword

English/ USD   Sign Up   Sign In

HOME / FORWARDING / DROPSHIPPING / AFFILIATES

Notice : The goods information translated by Google Translate.

Taobao/Tmall   1688

Showing results for "athletic shirt"

Unable to search for the items? Difficult to decide?Contact no translation search or Try our Expert Service.

UTC+8
Mar 11th
05:55:25

☐ Buy 7-Day Unconditional Return/Exchange   ☐ Free domestic shipping   ☐ Tmall flagship

Best Match | Sales | Price | US $ — US $     1 / 50

- Running Sportswear Men's Spring Quick Dry Spring and...
  US $ 16.13
- 2025 Spring Running Exercise Set Women's New...
  US $ 16.27
- Sportswear Set 2025 New Casual Middle-aged Dad Men'...
  US $ 95.89
- Hengyuanxiang middle-aged sportswear set men's 2025...
  US $ 101.8
- Quick-drying sports suit loose and slim spring...
  US $ 17.61

- Birch & Outdoor Quick Dry T-Shirt Men's Hiking...
  US $ 26.49
- Sportswear Suit Men's Spring and Autumn Running Jacket...
  US $ 16.13
- Spring Gym Wear Long Sleeve Women's Outdoor...
  US $ 14.5
- Middle-aged sportswear set middle-aged men's casual dad...
  US $ 84.05
- Sportswear women's autumn and winter professional gym...
  US $ 13.32

- Xtep men's tracksuit is versatile, simple and loose cas...
  US $ 25.01
- FIND BETTER Spring and Autumn Henley Collar Sweatshi...
  US $ 8.87
- Sportswear women's early spring wear 2025 new spring...
  US $ 36.85
- Guiren Bird Men's Sportswear Men's Running...
  US $ 35.5
- Morning jogging quick-drying suit long sleeve aerobic climbin...
  US $ 16.27

- Professional yoga wear set women's spring loose casual...
  US $ 14.79
- Camel sports suit men's autumn and winter warm...
  US $ 64.96
- Hongxing Erke sportswear men's spring and autumn new...
  US $ 44.25
- 2025 Spring New Running Quick Dry Fitness Clothes...
  US $ 16.27

‹  1  2  3  4  5  ···  50  ›

CUSTOMER SERVICE | SHOPPING AGENT GUIDANCE | PAYMENT | DELIVERY | AFTER SALES SERVICE
Help Center | Tutorial | Top up | Charges | Storage