# Exhibit 11

Taobao Logo