# Exhibit 12

