```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RVRG Holdings LLC,

                Plaintiff,

-against-

Starit Group Limited

                Defendant.

1:24-cv-07530 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Order of Reference, ECF No. 73.) All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at https://nysd.uscourts.gov/hon-stewart-d-aaron.

    No later than May 19, 2025, the parties shall submit a joint letter filed to the ECF docket as to whether the parties would like to proceed with the settlement conference before the undersigned. If the parties would like to have the settlement conference, the parties shall include in the letter four (4) mutually agreeable dates when all parties and counsel are available to hold the settlement conference. The letter should indicate whether the parties are available for the selected dates in the morning, afternoon, or both, and indicate their preference for an in-person or remote conference.

**SO ORDERED.**

Dated:     New York, New York
            May 12, 2025

_____
STEWART D. AARON
United States Magistrate Judge